IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ULYSSES JEROME JOHNSON**,

    **Plaintiff,**

v.                                                                  CASE NO.  4:14-cv-48-MW/CAS

**IRENE SANDERS HALL, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

This Court has considered the Magistrate's Report and Recommendation, ECF No. 5, filed March 10, 2014.   Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED** as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)."  The Clerk shall note on the docket lines this cause is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(1)(ii).   The

1

Clerk shall close the file.

**SO ORDERED on April 9, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
